**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Walter Lomax CAMPBELL, Defendant—Appellant.**

No. 09–6044.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2009.

Decided: May 19, 2009.

Walter Lomax Campbell, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Lomax Campbell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Campbell,* No. 6:06–cr00812–HMH–1, 2008 WL 5277812 (D.S.C. Dec. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*